BEFORE THE FIRST DIVISION, SEPTEMBER 3, 1968

No. P68/378.—Morris Friedman et al. v. United States, protests 61/6615, etc. (Philadelphia).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of corn husk

or maize baskets similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558) and *Morris Friedman* v. *United States* (58 Cust. Ct. 456, C.D. 3019), the claim of the plaintiffs was sustained.